IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IARIANNIA DATERRIA MENCY, AIS #219205, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:18-CV-10-WHA ) |
| ANGIE BAGGETT, et.al, | ) ) |
| Defendants. | ) |

## **ORDER**

On February 14, 2018, the Magistrate Judge entered a Recommendation (Doc. #4) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice for Plaintiff's failure to pay the initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A) as ordered by this court.

3. No costs are taxed.

A separate Final Judgment will be entered.

DONE this 15th day of March, 2018.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE